IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LINDA CARR,<br><br>   Plaintiff<br><br>v.<br><br>GENCO I, INC.<br><br>and<br><br>CHRISTOPHER RICHARDSON,<br><br>   Defendants | Civil No. JFM 01-cv-2942 |

## ORDER

AND NOW, this 5th day of November 2001, upon consideration of Defendants' Consented to Motion for an Extension of Time to Submit an Answer to Plaintiff's Complaint, it is hereby ORDERED that the Motion is Granted and that the deadline for filing Defendants' Answer is extended to December 5, 2001.

_____
Judge J. Frederick Motz

BALTIMORE:29429.1 800000.3500
11/2/01