**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA CARR | : | CIVIL ACTION |
| | : | No. JFM 01-CV-2942 |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| GENCO I, Inc., and Christopher Richardson | : | |
| | : | |
| Defendants | : | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ELLY HELLER-TOIG

Pursuant to Local Rule 101.1(b) of this Court, Neil E. Duke, Esquire, a member of the bar of this Court, moves the admission of Elly Heller-Toig, Esquire, to appear *pro hac vice* in the captioned proceeding as counsel for Defendant(s), GENCO I, Inc., and Christopher Richardson.

We certify that:

1) The proposed admittee is a member in good standing of the bar(s) of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Pennsylvania Supreme Court | 1980 |
| United States District Court for the Western District of Pennsylvania | 1980 |
| United States Tax Court | 1980 |

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice.

BALTIMORE:29334.1 800000.3500

4) The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

5) The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6) Co-counsels for the proposed admittee in this proceeding will be Thomas P. Dowd, Esquire, and Neil E. Duke, Esquire, both of whom have been formally admitted to the bar of this Court.

Respectfully submitted.

MOVANT:

X_____
Signature

Thomas P. Dowd, Esquire
Bar No. 05753
Neil E. Duke, Esquire
Bar No. 14073
Littler Mendelson
The World Trade Center
401 East Pratt Street
Suite 1653
Baltimore, MD  21202-3005
410.528-9545
FAX 410.528.1908

PROPOSED ADMITTEE:

_____
Signature

Elly Heller-Toig, Esquire
Marcus & Shapira
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA  15219-6401
412.471.3490
FAX 412.319.8758

## **ORDER**

Motion __✓__ GRANTED

Motion __✗__ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion ____ Denied.

_November 20, 2001_
Dated

_____
Judge J. Frederick Motz

BALTIMORE:29334.1 800000.3500