

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINDA CARR | * | |
| | * | |
| | * | Civil No. JFM-01-2942 |
| | * | |
| GENCO I, INC, ET AL. | * | |

ORDER

Upon consideration of the motion to dismiss filed by defendant Christopher Richardson and plaintiff having agreed in her answer that the motion should be granted, it is, this 20th day of December 2001

ORDERED that defendant Richardson's motion to dismiss is granted.

J. Frederick Motz
United States District Judge