IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

LINDA CARR                              :
           Plaintiff,                   :
                                        :
    vs.                                 :   CIVIL ACTION
                                        :   No. JFM 01-CV-2942
GENCO I, Inc., and                      :
CHRISTOPHER RICHARDSON,                 :
                                        :
           Defendants.                  :

## STIPULATION FOR DEPOSITION HOURS

Plaintiff and GENCO I, Inc. hereby stipulate that each party will be entitled to up to 35 deposition hours in the above captioned case.

_____          _____
Jane Loving, Esquire                    Susan Gromis Flynn
1225 W. Mount Royal Avenue              Elly Heller-Toig
Baltimore, MD 21217                     Moira Cain-Mannix
Counsel for Plaintiff                   Marcus & Shapira LLP
                                        One Oxford Centre, 35th Floor
                                        301 Grant Street
                                        Pittsburgh, PA 15219-6401
                                        412.471.3490
                                        FAX 412.391.8758

                                        _____
                                        Thomas P. Dowd, Esquire
                                        Bar No. 05753
                                        Littler Mendelson
                                        The World Trade Center
                                        401 East Pratt Street, Suite 1653
                                        Baltimore, MD 21202-3005
                                        410.528.9545
                                        FAX 410.528.1908

                                        Counsel for Defendant, GENCO I, Inc.

BALTIMORE:29844.1 042510.1002

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 3rd day of January, 2002, a copy of the foregoing Stipulation for Deposition Hours was served by first class, United States mail, postage prepaid, upon the following:

Jane Loving, Esquire
1225 W. Mount Royal Avenue
Baltimore, Maryland 21217

Susan Gromis Flynn, Esquire
Elly Heller-Toig, Esquire
Moira Cain-Mannix, Esquire
Marcus & Shapira
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA  15219-6401

_____
Thomas P. Dowd

BALTIMORE:29844.1 042510.1002