IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA CARR | * | CIVIL ACTION |
| | | No. JFM-01-CV-2942 |
| Plaintiff, | * | |
| | | Chief Judge Motz |
| | * | |
| GENCO I, INC. | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO DISMISS THE CASE WITH PREJUDICE

NOW COMES the Plaintiff, Linda Carr, by and through her attorney, Jane G. Loving, who moves that this case be dismissed with prejudice.

_Jane G. Loving_
Jane G. Loving, Esquire
1225 W. Mount Royal Avenue
Baltimore, MD 21217
(410) 539-6525

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2002, I mailed a copy of the foregoing by first class mail, postage prepaid, to Susan Gromis-Flynn, Esquire, Elly Heller-Toig, Esquire, Moira Cain-Mannix, Esquire, Marcus & Shapira, 35th Floor, One Oxford Centre, Pittsburg, PA 15219-6401, and to Thomas P. Dowd, Esquire, Littler Mendelson, The World Trade Center, Suite 1653, 401 E. Pratt St., Baltimore, MD 21210-3005.

_Jane G. Loving_
Jane G. Loving, Esquire
1225 W. Mount Royal Avenue
Baltimore, MD 21217
(410) 539-6525